JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SWANSON,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | Case No. 2:22-cv-03087-RSWL(JEMx)<br><br>**ORDER FOR DISMISSAL** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and his own fees and costs.

DATED: September 9, 2022            */S/ RONALD S.W. LEW*
                                    Hon.  Ronald S.W. Lew
                                    U.S. District Court Judge

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525